UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22787-MOORE/ELFENBEIN

JONATHAN HARRINGTON,

      Plaintiff,

v.

VERITEXT, LLC,

      Defendant.
_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S**
**MOTION TO COMPEL DEFENDANT'S ANSWER**

Defendant Veritext, LLC ("Veritext" or "Defendant") respectfully submits this Response in Opposition to Plaintiff's Motion to Compel Defendant's Answer [D.E. 95] and requests that Plaintiff's Motion be denied. In support, Defendant states as follows:

1. Plaintiff filed an Amended Complaint on December 2, 2024 [D.E. 92].

2. Defendant timely filed a Motion to Dismiss the Amended Complaint on December 3, 2024 [D.E. 93].

3. That same day, Defendant filed the instant Motion to Compel Defendant's Answer [D.E. 95].

4. Plaintiff previously filed a motion requesting that this Court compel Defendant to Answer his initial Complaint [D.E. 15], which the Court denied [D.E. 30]. In its Order Denying Plaintiff's Motion to Compel, this Court explained that the Federal Rules of Civil Procedure do not require a defendant to file an answer while a motion to dismiss is pending.

5. Thus, Plaintiff, a recent law school graduate, was aware that the instant Motion to Compel an Answer was frivolous and unsupported by existing law.

6.      This conduct is part of a developing pattern in which Plaintiff has driven up Defendant's litigation expenses by filing frivolous motions. Accordingly, the proper remedy is an award of Veritext's reasonable attorney's fees in defending against the instant Motion to Compel an Answer.

7.      Accordingly, for the reasons set forth above, Defendant respectfully requests that this Court deny Plaintiff's Motion to Compel Defendant's Answer and award Veritext reasonable attorney's fees in defending against the Motion.

Dated: December 17, 2024.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*s/ Gregory R. Hawran*
Gregory R. Hawran
Florida Bar No. 55989
gregory.hawran@ogletree.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              *s/ Gregory R. Hawran*
                                              Gregory R. Hawran

## **SERVICE LIST**
*Jonathan Harrington v. Veritext, LLC*
United States District Court for the Southern District of Florida
CASE NO. 24-CV-22787-KMM

Jonathan Harrington
Jonathanharrington94@gmail.com
1701 N.W. 15th Court
Fort Lauderdale, FL 33311
Telephone: 754.551.1804

*Pro Se Plaintiff*

Method of Service: CM/ECF, Email, and U.S. Mail

Gregory R. Hawran
gregory.hawran@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*